```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 32686
   RAY CHARLES KOHNHORST
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7443

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/28/2008 and was not confirmed.

     The case was dismissed without confirmation 02/25/2009.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI SECURED VEHIC     3159.14           .00           .00
CITIFINANCIAL AUTO CREDI UNSEC W/INTER       82.07           .00           .00
WELLS FARGO OPERATIONS C CURRENT MORTG         .00           .00           .00
WELLS FARGO OPERATIONS C MORTGAGE ARRE     4814.78           .00           .00
HEALTHY KIDS SC          UNSECURED        NOT FILED          .00           .00
DIRECTV                  UNSECURED        NOT FILED          .00           .00
HEATHER KOHNHORST        NOTICE ONLY      NOT FILED          .00           .00
ARROW FINANCIAL SERV     UNSECURED         4571.39           .00           .00
AURORA LOAN SERVICES     MORTGAGE NOTI    NOT FILED          .00           .00
AURORA LOAN SERVICES     CURRENT MORTG          .00          .00           .00
AURORA LOAN SERVICES     SECURED NOT I    15399.45           .00           .00
MARTIN J OHEARN          DEBTOR ATTY           .00                         .00
TOM VAUGHN               TRUSTEE                                           .00
DEBTOR REFUND            REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                                .00
ADMINISTRATIVE                                           .00
TRUSTEE COMPENSATION                                     .00
DEBTOR REFUND                                            .00
                         ---------------         ---------------
TOTALS                          .00                      .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE